UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                 :
UNITED STATES OF AMERICA,                :
                 :
          -v-                 :       19-CR-318 (JMF)
                 :
JOSHUA IKEJIMBA,                 :       <u>SCHEDULING ORDER</u>
                 :
           Defendant.        :
                 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       IT IS HEREBY ORDERED that the parties shall appear for an arraignment and pretrial conference in this matter on **June 6, 2019** at **11:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

       SO ORDERED.

Dated: June 5, 2019
       New York, New York                          _____
                                                            JESSE M. FURMAN
                                                      United States District Judge