

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2019

**By EMAIL**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ashu, et al.*, 19 Cr. 318 (JMF)

Dear Judge Furman:

    Pursuant to this Court's order (*see* ECF No. 26), the Government respectfully submits this letter attaching Exhibit A to the Government's prior letter dated June 6, 2019, which was inadvertently omitted from the Government's prior filing. (*See* ECF No. 25-1.)

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    */s/*
    Olga Zverovich / Jarrod L. Schaeffer
    Assistant United States Attorneys
    Tel: (212) 637-2514 / 2270