# **Exhibit A**



These are to request and require in the name of the President and Commander-in-Chief of the Armed Forces of the Federal Republic of Nigeria all those whom it may concern to allow the bearer to pass freely without let or hindrance and to afford him or her every assistance and protection of which he or she may stand in need.

**FEDERAL REPUBLIC OF NIGERIA**

PASSPORT / PASSEPORT



Type / Type: **P**
Country Code / Code du pays: **NGA**
Passport No. / Passeport N°: ▮

Surname / Nom: **THOMPSON**
Given Names / Prénoms: **GANIRU PAUL**
Nationality / Nationalité: **NIGERIAN**
Date of Birth / Date de naissance: ▮
Sex / Sexe: **M**
Place of Birth / Lieu de naissance: **LAGOS**
Date of Issue / Date de délivrance: **15 JUN / JUN 15**
Date of Expiry / Date d'expiration: **14 JUN / JUN 20**
Personal No. / N° personnel: 
Authority / Autorité: **IKOYI, LAGOS**
Holder's Signature / Signature du Titulaire: *G.P Thompson*

```
P<NGATHOMPSON<<GANIRU<PAUL<<<<<<<<<<<<<<<<<
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<<<<<<<<<<<<<08
```


