UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :

UNITED STATES OF AMERICA              :

                                      :       **CONSENT ORDER OF**

          - v. -                   :       <u>**RESTITUTION**</u>

                                        :

JOSHUA IKEJIMBA,                 :       **19 Cr. 318 (JMF)**
        a/k/a "Johnson Ifeanyi Gbono"     :
        a/k/a "Alfred Henshaw"          :
        a/k/a "Peterson Kamara Lawson"   :
        a/k/a "Ganiru Paul Thompson"     :
                                        :

                       Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Upon the application of the United States of America, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, Jarrod L. Schaeffer and Olga I. Zverovich, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Count  One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

        1.     <u>**Amount of Restitution**</u>

        JOSHUA IKEJIMBA, the Defendant, shall pay restitution in the total amount of $1,238,748.93, pursuant to 18 U.S.C. §§ 3663, 3663A, to the victims of the offense charged in Count One.  The names, addresses, and specific amounts owed to each victim are set forth in the attached Schedule of Victims.  Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

        A.     **Joint and Several Liability**

        The Defendant is the first among multiple defendants to be sentenced in this case.  As other defendants are ordered to pay restitution to the same victims, the restitution is joint and several

with the following defendant(s) in this case:  Ifeanyi Eke, Cyril Ashu, and Chinedu Ironuah.

Pursuant to 18 U.S.C. § 3664(h), the Court may apportion liability among the defendants to reflect

each defendant's culpability for the victim's loss.  Each defendant shall be required to pay up to

the full amount imposed against that defendant unless or until all victim(s) of that defendant have

received payment of the full amount of restitution awarded to each victim.

### B.    Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United

States is paid.  Restitution shall be paid to the victims identified in the Schedule of Victims,

attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed

proportionally to each victim based upon the amount of loss for each victim, as set forth more fully

in Schedule A.

### 2.    <u>Schedule of Payments</u>

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other

assets of the Defendant, including whether any of these assets are jointly controlled; projected

earnings and other income of the Defendant; and any financial obligations of the Defendant;

including obligations to dependents, the Defendant shall, in the interest of justice, pay restitution

in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2) as follows:

(1) The Defendant shall commence monthly installment payments in an amount of at least

10 percent of the Defendant's gross income, payable on the first day of each month, starting upon

the Defendant's release from prison; and

(2) While serving the term of imprisonment, the Defendant shall make installment

payments toward his restitution obligation, and may do so through the Bureau of Prisons' ("BOP")

Inmate Financial Responsibility Plan ("IFRP").  Pursuant to BOP policy, the BOP may establish

a payment plan by evaluating the Defendant's six-month deposit history and subtracting an amount determined by the BOP to be used to maintain contact with family and friends.  The remaining balance may be used to determine a repayment schedule.  BOP staff shall help the Defendant develop a financial plan and shall monitor the inmate's progress in meeting his restitution obligation.  Any unpaid amount remaining upon release from prison will be paid in installments of at least 10 percent of the Defendant's gross income on the first day of each month.

**3.      Payment Instructions**

The Defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash.  Checks and money orders shall be made payable to the "SDNY Clerk of the Court," and be mailed or hand-delivered to:  United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his name and the docket number of this case on each check or money order.  Credit card payments must be made in person at the Clerk's Office.  Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed.  For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

**4**.      **Additional Provisions**

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007, Attn: Financial Litigation Unit, of (1) any change of the Defendant's name, residence, or mailing address, or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).  If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order,

the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

The Defendant shall pay interest on any restitution amount of more than $2,500.00, unless restitution is paid in full before the fifteenth day after the date of the judgment, in accordance with 18 U.S.C. § 3612(f)(1).

5.   **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).   Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6.   **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed

by the Government, the Clerk's Office, and the Probation Department, as need be to effect and

enforce this Order, without further order of this Court.


AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York


By: _____          08/05/2020
          _____          _____
          Jarrod Schaeffer / Olga I. Zverovich          DATE
          Assistant United States Attorneys
          One St. Andrew's Plaza
          New York, NY 10007
          212-637-2270 / 2514

JOSHUA IKEJIMBA

By: _____          8/12/2020
        /s/ Joshua Ikejimba, by Jesse M. Furman, U.S.D.J.
        _____          _____
        JOSHUA IKEJIMBA          DATE


By: _____          8/12/2020
        /s/ Todd A. Spodek, by Jesse M. Furman, U.S.D.J.
        _____          _____
        Todd A. Spodek, Esq.          DATE
        Spodek Law Group, P.C.
        85 Broad Street, 30th Floor
        New York, NY 10004
        888-676-0283


SO ORDERED:                                      8/12/2020
_____          _____
HONORABLE JESSE M. FURMAN          DATE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

# SEALED

# Schedule of Victims